UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-2588-G (BN) |
| CLIFFORD DUANE STAHL, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| OPPENHEIMERFUNDS, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated August 20, 2013, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

September 16, 2013.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**